AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC. <br> *Plaintiff(s)* <br> v. <br> FLORIDA POP, LLC; POP RESTAURANT HOLDINGS, LLC; POP INVESTMENTS, LLC; PRONTO CONSOLIDATED, LLC AND GUILLERMO PERALES <br> *Defendant(s)* | Civil Action No. 1:23-cv-23955-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLORIDA POP, LLC
By Serving Its Registered Agent:
Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq.
Venable LLP
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
mdjoblove@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 17, 2023

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC.<br>*Plaintiff(s)*<br>v.<br>FLORIDA POP, LLC; POP RESTAURANT HOLDINGS, LLC; POP INVESTMENTS, LLC; PRONTO CONSOLIDATED, LLC AND GUILLERMO PERALES<br>*Defendant(s)* | Civil Action No. 1:23-cv-23955-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  POP RESTAURANT HOLDINGS, LLC
By Serving Its Registered Agent:
Corporate Creations Network, Inc.
3411 Silverside Road
Tatnall Building, Suite 104
Wilmington, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq.
Venable LLP
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
mdjoblove@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 17, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| POPEYES LOUISIANA KITCHEN, INC. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-23955-KMM |
| FLORIDA POP, LLC; POP RESTAURANT HOLDINGS, LLC; POP INVESTMENTS, LLC; PRONTO CONSOLIDATED, LLC AND GUILLERMO PERALES | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> POP INVESTMENTS, LLC
> By Serving Its Registered Agent:
> CORPORATE CREATIONS NETWORK INC.
> 5444 Westheimer #1000
> Houston, TX 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq.
> Venable LLP
> 100 S.E. Second Street, 44th Floor
> Miami, Florida 33131
> mdjoblove@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 17, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC.<br>*Plaintiff(s)*<br><br>v.<br><br>FLORIDA POP, LLC; POP RESTAURANT HOLDINGS, LLC; POP INVESTMENTS, LLC; PRONTO CONSOLIDATED, LLC AND GUILLERMO PERALES<br>*Defendant(s)* | Civil Action No. 1:23-cv-23955-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
PRONTO CONSOLIDATED, LLC
By Serving Its Registered Agent:
CORPORATE CREATIONS NETWORK INC.
3411 Silverside Road Tatnall Building, Suite 104
Wilmington, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq.
Venable LLP
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
mdjoblove@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Oct 17, 2023

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| POPEYES LOUISIANA KITCHEN, INC. <br> *Plaintiff(s)* <br> v. <br> FLORIDA POP, LLC; POP RESTAURANT HOLDINGS, LLC; POP INVESTMENTS, LLC; PRONTO CONSOLIDATED, LLC AND GUILLERMO PERALES <br> *Defendant(s)* | Civil Action No. 1:23-cv-23955-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> GUILLERMO PERALES
> 4515 LBJ Freeway
> Dallas, TX 75244

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael D. Joblove, Esq.
> Venable LLP
> 100 S.E. Second Street, 44th Floor
> Miami, Florida 33131
> mdjoblove@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Oct 17, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts